**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff(s)**<br><br>v.<br><br>EDISON BURGOS-MONTES,<br><br>**Defendant(s)** | **CRIMINAL NO.** 06-009 (JAG) |

**ORDER**

Upon de novo review of the Magistrate-Judge's Report and Recommendation (Docket No. 97), the Court finds no reason to depart from the Magistrate-Judge's recommendations. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety and **DENIES WITHOUT PREJUDICE** defendant's motion to exclude usage of tape recordings (Docket No. 85).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of November 2006.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge